

# Fourth Court of Appeals
## San Antonio, Texas

August 3, 2018

No. 04-18-00108-CV

**IN THE MATTER OF B.B.,**

From the 436th District Court, Bexar County, Texas
Trial Court No. 2016JUV01469
The Honorable Lisa Jarrett, Judge Presiding

# O R D E R

Appellee was represented at trial and is represented on appeal by appointed counsel. Appointed counsel has filed a motion to withdraw. The motion to withdraw is GRANTED. Since appellee is indigent, new appellate counsel must be appointed to represent appellee on appeal, which representation will include the filing of an appellee's brief.

It is therefore ORDERED that this appeal is ABATED to the trial court. *See Duncan v. State*, 653 S.W.2d 38, 40 (Tex. Crim. App. 1983) (holding that appellate courts may abate appeals so that trial court can assure indigent defendants have effective assistance of counsel). The trial court is ORDERED to appoint new appellate counsel and to cause the trial court clerk to file a supplemental clerk's record containing documentation of such appointment within two weeks from the date this order is signed. After the supplemental clerk's record is filed, the appeal will be reinstated on the docket of this court, and appellee's brief will be due thirty days after the date the appeal is reinstated.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of August, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court